EDITH W. BAYREUTHER, Appellant *v.* JOEL E. REINISCH et al., Respondents.

Argued January 4, 1943; decided February 25, 1943.

*Winfred C. Allen* for appellant.

*William A. Smith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.